AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Colonial Life & Accident Insurance Company )
*Plaintiff* )
v. )   Civil Action No. 3:18-cv-00074
Estate of Darrell Stewart, et al., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** DECISION AND ENTRY SUSTAINING DEFENDANT MOTION FOR SUMMARY JUDGMENT;AWARDING DARRELL STEWART'S LIFE INSURANCE PROCEEDS IN EQUAL PART TO ALL DEFENDANT'S;CLERK OF COURTS TO RETAIN LIFE INSURANCE PROCEEDS FOR THIRTY DAYS OR UNTIL APPEAL.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Walter H. Rice on a motion for Summary Judgment.

Date: 7/17/2020

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk