IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| COLONIAL LIFE AND ACCIDENT INSURANCE CO., | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:18-cv-74 |
| ESTATE OF DARRELL STEWART, *et al.*, | | JUDGE WALTER H. RICE |
| | : | |
| Defendants. | | |

ORDER DIRECTING CLERK OF COURT TO DISTRIBUTE LIFE INSURANCE FUNDS IN ACCORDANCE WITH JULY 23, 2019, DECISION AND ENTRY (DOC. #38)

On June 23, 2020, the Sixth Circuit Court of Appeals issued a decision affirming the district court's order awarding Darrell Stewart's life insurance proceeds in equal parts to Defendants: (1) Garrett Stewart; (2) Taylor Stewart; (3) Summer Reidenbach; and (4) Angel Hunter.  Doc. #38.

The Court previously directed the Clerk of Court to retain the life insurance proceeds deposited in this interpleader action by Colonial Life and Accident Insurance Company until the appeal was fully resolved.  The Sixth Circuit issued its mandate on July 15, 2020.

Accordingly, the Clerk of Court is now DIRECTED to distribute the life insurance proceeds in accordance with this Court's July 23, 2019, Decision and Entry, Doc. #38.

Date: September 1, 2020

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE